UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN THE MATTER OF THE DESIGNATION OF ELIZABETH M. WARREN AS ACTING CLERK OF COURT FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO. 8:17-mc-41-T-23

**ORDER**

In accord with 28 U.S.C. § 954 and after a unanimous vote, the Board of Judges for the Middle District of Florida designates Elizabeth M. Warren, a deputy clerk, as acting clerk of court for the Middle District of Florida to perform the duties of the clerk in her own name beginning at noon on April 14, 2017, and continuing until the installation of a permanent clerk of court.

ORDERED in Tampa, Florida, on April 13th, 2017.

Steven D. Merryday

STEVEN D. MERRYDAY
CHIEF UNITED STATES DISTRICT JUDGE